UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

**In Re: Application for Exemption from the Electronic Public Access Fees by Kristian Hurt**

### ORDER GRANTING PACER FEE WAIVER

On January 17, 2024, Kristian Hurt, student associated with an educational institution, filed a request for a local PACER fee exemption for a year to access criminal cases filed from 1970 to 2010.

Consistent with the policy established by the Judicial Conference of the United States, the court may, upon a showing of cause, grant a PACER fee exemption to individual researchers associated with an educational institution. The individuals requesting the exemption must establish that the exemption is necessary to avoid an unreasonable burden and to promote public access to the information sought.

Subject to the restrictions listed below, I find that Mr. Hurt has shown cause to justify the requested PACER fee exemption and that an exemption is necessary in order to avoid an unreasonable burden and to promote public access of this district's case information.

Accordingly, Mr. Hurt shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court. Mr. Hurt shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

1. This fee exemption applies only to Mr. Hurt and is valid for the purposes stated above;

2. This fee exemption applies only to the electronic case files of this court that are available through the PACER system;

3. By accepting this exemption, Mr. Hurt agrees not to (a) sell for profit any data obtained as a result of receiving this exemption, or (b) transfer any data or documents obtained as a result of a fee exemption unless expressly authorized by the court; and

4. This exemption shall be valid from this date through October 31, 2024, when it will expire unless extended upon request for good cause shown.

This exemption may be revoked at the discretion of the court at any time. A copy of this order shall be sent to the PACER Service Center.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 29th day of January, 2024.

_____
Geoffrey W. Crawford, Chief Judge
U. S. District Court

Kristian Hurt

Account Number 7812089 ----**Activation Required** ---- **Case Search Status Inactive**


I request waiver of fees. I'm classified as a student and I will be using PACER for references and research in the Paralegal program.

**Research plan of action:** Research topics are criminal cases involving drug and murder that deal with the states of NH,VT,ME,MA,VA,FL for the years 1970 to 2010 court cases, warrants and / or opinions rendered by the court in these Drug and Murder cases. Specifically, the cases I will be looking at are those that dealt with individuals who might have been involved with the Connecticut river murders and been involved with other activities in the NH/VT,MA,ME.

----------------------

**Provide a list of the type(s) and number of documents you plan to search from PACER.** These may include suit codes, dockets, case numbers etc:  I do not believe that the research will exceed 500 page views. These will be of the nature of indictments or cases already settled and rulings by the courts.

--------------------

**Ensure that the documents requested match the courts you have selected on your application:** I believe I check all the approximate courts.

----------------------

 Also, provide an explanation why you need documents from The US Federal Court of Claims.
I believe that some cases involving what I seek have tangential connections to claims against the government made by persons of interest in such cases involved in suing the US government for the Vietnam war and then being involved with homicides in VT/NH.

Note: None of this search is commercial, it is for the program I'm enrolled in, an academic program as a student and such search used as references to said searches only.


----------------------

The Program to which I'm enrolled in : University Of New Hampshire: Certified Paralegal Program.


Please advise if you need more questions answered.

# Application for Multi-Court Exemption from the
# Judicial Conference's Electronic Public Access (EPA) Fees

1.) I am requesting an exemption from fees for public access to electronic case records for the courts selected below:

## Courts of Appeal

- ☒ All Courts of Appeal
- ☒ First Circuit
- ☒ Second Circuit
- ☒ Third Circuit
- ☒ Fourth Circuit
- ☒ Fifth Circuit
- ☒ Sixth Circuit
- ☒ Seventh Circuit
- ☒ Eighth Circuit
- ☒ Ninth Circuit
- ☒ Tenth Circuit
- ☒ Eleventh Circuit
- ☒ D.C. Circuit
- ☒ Federal Circuit

## Bankruptcy Appellate Panels (BAP)

- ☐ First Circuit - BAP
- ☐ Sixth Circuit - BAP
- ☐ Eighth Circuit - BAP
- ☐ Ninth Circuit - BAP
- ☐ Tenth Circuit - BAP

## District Courts

- ☒ All District Courts
- ☐ Alabama Middle
- ☐ Alabama Northern
- ☐ Alabama Southern
- ☐ Alaska
- ☐ Arizona
- ☐ Arkansas Eastern
- ☐ Arkansas Western
- ☐ California Central
- ☐ California Eastern
- ☐ California Northern
- ☐ California Southern
- ☐ Colorado
- ☒ Connecticut
- ☐ Delaware
- ☐ District of Columbia
- ☒ Florida Middle
- ☒ Florida Northern
- ☒ Florida Southern
- ☒ Georgia Northern
- ☒ Georgia Middle
- ☒ Georgia Southern
- ☐ Guam
- ☐ Hawaii
- ☐ Idaho
- ☐ Illinois Northern
- ☐ Illinois Central
- ☐ Illinois Southern
- ☐ Indiana Northern
- ☐ Indiana Southern
- ☐ Iowa Northern
- ☐ Iowa Southern
- ☐ Kansas
- ☐ Kentucky Eastern
- ☐ Kentucky Western
- ☐ Louisiana Eastern
- ☐ Louisiana Middle
- ☐ Louisiana Western
- ☒ Maine
- ☐ Maryland
- ☒ Massachusetts
- ☐ Michigan Eastern
- ☐ Michigan Western
- ☐ Minnesota
- ☐ Mississippi Northern
- ☐ Mississippi Southern
- ☐ Missouri Eastern
- ☐ Missouri Western
- ☐ Montana
- ☐ Nebraska
- ☐ Nevada
- ☒ New Hampshire
- ☒ New Jersey
- ☐ New Mexico
- ☒ New York Eastern
- ☒ New York Northern
- ☒ New York Southern
- ☒ New York Western
- ☐ North Carolina Eastern
- ☐ North Carolina Middle
- ☐ North Carolina Western
- ☐ North Dakota
- ☐ Northern Mariana Islands
- ☐ Ohio Northern
- ☐ Ohio Southern
- ☐ Oklahoma Eastern
- ☐ Oklahoma Northern
- ☐ Oklahoma Western
- ☐ Oregon
- ☐ Pennsylvania Eastern
- ☐ Pennsylvania Middle
- ☐ Pennsylvania Western
- ☐ Puerto Rico
- ☐ Rhode Island
- ☐ South Carolina
- ☐ South Dakota
- ☐ Tennessee Eastern
- ☐ Tennessee Middle
- ☐ Tennessee Western
- ☐ Texas Eastern
- ☐ Texas Northern
- ☐ Texas Southern
- ☐ Texas Western
- ☐ Utah
- ☒ Vermont
- ☐ Virgin Islands
- ☐ Virginia Eastern
- ☐ Virginia Western
- ☐ Washington Eastern
- ☐ Washington Western
- ☒ West Virginia Northern
- ☒ West Virginia Southern
- ☐ Wisconsin Eastern
- ☐ Wisconsin Western
- ☐ Wyoming

4.) In support of this application, I affirm the following:

a) An exemption from the Judicial Conference's EPA Fee is necessary in order to avoid unreasonable burdens and to promote public access to information.

b) That the exemption will be for a definitive period of time: 9 months

c) I understand that this fee exemption will apply only to me, will be valid only for the purposes stated above, and will apply only to the electronic case files of the court(s) indicated above that are available through the PACER service.

d) I agree that any data received through this exemption will not be sold for profit, will not be transferred, will not be used for commercial purposes, and will not be redistributed via the Internet.

**Declaration:** I declare that all the above information is true and understand that a false statement [■] may result in termination of my exempt access and an assessment of Electronic Public Access usage fees. (The box must be marked or your request will not be considered)

Kristian P Hurt
Applicant's Printed Name

Mr
Applicant's Title

Kristian P Hurt
*Digitally signed by Kristan P Hurt
DN: CN=Kristan P Hurt, E=kphurt@gmail.com
Reason: I am the author of this document
Location: your signing location here
Date: 2024.01.08 15:43:50-05'00'
Foxit PDF Editor Version: 11.2.4*
Applicant's Signature

(740) 857-5309
Applicant's Phone Number

kphurt@gmail.com
Applicant's email address

High st
Applicant's Mailing Address

hampton         NH        03842
City            State     Zip Code

Jan 17, 2024
Date

Please submit your completed, signed request via email to Multi-CourtExemptions@ao.uscourts.gov or by mail to:

Attention: Multi-Court Exemptions
Court Programs Division
DPS-CSO-PRGD
One Columbus Circle, N.E.
Washington, DC 20544

\*\* Requests sent through the US mail may take up to two weeks to clear security.\*\*